UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
    LINDA SLADE,                                    :
                              Plaintiff,            :          22 Civ. 8694 (LGS)
                                                    :
              -against-                             :          ORDER
                                                    :
    YUMMERS PET SUPPLY CORPORATION,                 :
                              Defendant.            :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within forty-five (45) days of this Order.  Any application to reopen

filed more than forty-five (45) days from the date of this Order may be denied solely on that

basis.  Any pending motions are **DENIED** as moot, and all conferences are **CANCELED.**

Dated:  December 7, 2022
        New York, New York

                                        _____
                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE